# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**JOSEPH HUDSON, III,**<br>_Defendant_ | Case No. 25-MJ-556 |

## CRIMINAL COMPLAINT

I, AARON KRAHAM, the complainant in this case, state that the following is true to the best of my knowledge and belief: That from approximately July 5, 2022, through August 13, 2024, in the Western District of New York and elsewhere, the defendant, JOSEPH HUDSON, III, having a prior conviction under the laws of New York State related to the sexual abuse of a minor:

(1) did knowingly receive child pornography that had been transported in and affecting interstate and foreign commerce, including by computer, in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1); and

(2) did knowingly possess material that contained images of child pornography, including child pornography depicting prepubescent minors, that had been transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

This Criminal Complaint is based on these facts:
**SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT AARON KRAHAM.**

☒ Continued on the attached sheet.

AARON KRAHAM, SPECIAL AGENT, HSI

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 4(d) on:

Date: March 28, 2025

_Judge's signature_

MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE

City and State: Rochester, New York

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF MONROE   )   ss:
CITY OF ROCHESTER   )

I, AARON KRAHAM, being duly sworn, depose and state:

1. I have been a Special Agent of Homeland Security Investigations (HSI) since January 2022 and am currently assigned to the Rochester, NY office. In my position, I am responsible for investigating the receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(a)(5)(B). I have been involved in dozens of federal child pornography investigations and have seen thousands of images of child pornography as defined by 18 U.S.C. § 2256(8).

2. I submit this affidavit in support of a criminal complaint which alleges that from at least July 5, 2022, through August 13, 2024, JOSEPH HUDSON, III, while in the Western District of New York, and having a previous conviction under the laws of the State of New York related to the sexual abuse of a minor, knowingly received and possessed child pornography in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1), and 2252A(a)(5)(B) and (b)(2).

3. The information contained in this affidavit is based upon my personal knowledge and observations, my training and experience, conversations with other law enforcement officers and witnesses, my review of documents and records related to this case, and my review of forensic examinations of devices seized by law enforcement.

4. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included every fact known to me

as a result of this investigation. Rather, I have set forth the facts that I believe are relevant to demonstrate that HUDSON knowingly received and possessed child pornography in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1), and 2252A(a)(5)(B) and (b)(2).

### National Center for Missing and Exploited Children & Cybertips

5. The National Center for Missing and Exploited Children (NCMEC) is a nonprofit organization that operates a "CyberTipline" through which internet and electronic service providers (ESP's) are required to report the presence of child pornography on their platforms. The duties of ESPs and NCMEC to report child exploitation and child pornography are set forth in 18 U.S.C. § 2258A.

6. If NCMEC receives a child exploitation cybertip, it utilizes information provided by the ESP to determine the general geographic area (such as the state) where the offender is located. NCMEC then forwards the tip to a local law enforcement agency for further investigation. Cybertips relating to individuals in New York State are generally referred to the New York State Police.

### March 13, 2024, Cybertip from Microsoft

7. On March 13, 2024, NCMEC received a child pornography cybertip from the ESP Microsoft. Microsoft reported that a user of the Microsoft service "BingImage" uploaded 9 files of suspected child pornography to Microsoft's platform on March 12, 2024.

8. Pursuant to a search warrant, I viewed the files reported by Microsoft, each of which contain a collage of images depicting the same 4 to 6-year-old prepubescent female in various stages of undress. One such image is described as follows:

   a. 1edb5ef0-6d35-4f24-b48c-6faa7110451f.jpg: An image depicting an approximately 4 to 6-year-old prepubescent female with brown hair and glasses. The file is a collage of 10 separate images depicting the child in various stages of undress. Multiple images within the collage display the child's nude vagina in a lascivious manner.

Based on my training and experience, I believe this, and the other images contained in the cybertip, constitute child pornography as defined by 18 U.S.C. § 2256(8).

## Identification of HUDSON

9. IP information provided by Microsoft indicated that the IP address associated with the uploads (the SUBJECT IP) was registered to an address in Williamson, NY. In response to a subpoena, Charter Communications provided records indicating that the SUBJECT IP is registered to: XXXX APT 6, WILLIAMSON, NY 145899641. This is the current address of registered Sex Offender Joseph HUDSON.

10. In 2015, HUDSON was convicted of Sexual Abuse in the First Degree pursuant to NYS Penal Law § 130.65(3) for engaging in sexual contact with a child less than 11 years old. According to reports associated with that incident, HUDSON was accused of touching his penis to the vagina of a 4-year-old child, when HUDSON was 15. HUDSON was initially charged with Rape in the First Degree in violation of NYS Penal Law § 130.35(3), but ultimately pled guilty in Wayne County Court to Sexual Abuse in the First Degree as an adult. HUDSON was sentenced to 6 months incarceration, followed by 10 years of probation. In 2018, HUDSON was convicted of Failure to Register as a Sex Offender under New York State Law and was sentenced to an additional jail term of 95 days. According to records held by the New York State Department of Criminal Justice Services, the maximum expiration date of HUDSON's probation was on June 3, 2024.

11. Following the receipt of the SUBJECT CYBERTIP, the New York State Police

(NYSP) commenced an investigation of HUDSON.

### August 13, 2024, Search Warrant at HUDSON's Residence

12. The NYSP executed a state search warrant at HUDSON's residence on August 13, 2024. HUDSON was present during the execution of the warrant and engaged in an interview with investigators. HUDSON initially denied any involvement in child pornography, but as the interview progressed, HUDSON admitted that he did "download some stuff years ago" but that he hasn't "done anything recently." HUDSON told investigators to "take the red computer" from the residence, indicating that the device would contain child pornography. When asked about the last time (that HUDSON viewed child pornography), HUDSON stated "8 to 12 months ago." HUDSON confirmed that child pornography would still be on the computer and indicated that the computer would contain both pictures and videos. When asked how many (referring to images and videos of child pornography) the computer would contain, HUDSON replied "ten to twelve, some are images some are 30 second videos." When asked if the images and videos would depict "younger kids" HUDSON replied "yes." When asked if the images and videos would depict boys or girls, HUDSON replied "girls." When asked if they depicted "younger girls" HUDSON replied "yes." When asked if he had an "attraction" to this material, HUDSON replied "yeah" and that it is "hopefully over with now." HUDSON went on to state: "I was already arrested once for that and a lapse of judgment made me do it again."

### Forensic Examination of Devices

13. Pursuant to the search warrant, the NYSP seized multiple devices from HUDSON's residence, to include a red H.P. Laptop computer, that was identified by

4

HUDSON as having been used for child pornography. HUDSON provided the password for the laptop, which was subsequently forensically examined.

14. Forensic examination corroborated that HUDSON was in fact the owner/operator of the laptop. The laptop had a Windows profile with the owner name "hudjoe77@gmail.com," a user account of "hudjo," and a Full Name of "joe hudson." The laptop also contained a One Drive, with the identifier "joe hudson," and credit card information for "joseph."

15. Web related information showed the use of "Bing.com," which is consistent with the NCMEC cybertip involving the Microsoft service "BingImage." The examination also noted the title of a media file: "Pthc Pedoland Frifam 9Yo Girl Gets Penis In Her Hairless Cunt.mpg.jpg." Based on my training and experience, the above file title is an obvious reference to child pornography.

16. The computer was further found to contain approximately 198 images and 112 videos of child pornography as defined by 18 U.S.C. § 2256(8).[1] The earliest had a create date of July 5, 2022, indicating that the file had been present on the computer since at least that date.

17. Four of the images found on the laptop are described as follows:

   a. $R9X1BY3.JPG: An image depicting an approximately 4 to 6-year-old prepubescent female wearing a headband, with her legs spread apart. An adult male is engaged in intercourse with the child. Data associated with the image indicates that it was created on 7/18/2023 and last accessed on 03/11/2024, near the time of Microsoft's report to NCMEC.

   b. $RGUY0GO.jpg: An image depicting four prepubescent females, approximately four to six-years-old, displaying their nude vaginas in a lascivious manner. Data associated with the image indicates that it was

---

[1] This number includes duplicates.

       created on 7/18/2023 and last accessed on 03/11/2024, near the time of Microsoft's report to NCMEC.

   c. $RTNUTTF.jpg: An image depicting an approximately 4 to 6-year-old prepubescent female. The child is nude from the waist down and is spreading her legs so that her vagina and anus are exposed in a lascivious manner. Data associated with the image indicates that it was created on 7/18/2023 and last accessed on 03/11/2024, near the time of Microsoft's report to NCMEC.

   d. 5AE85890B8434559_1701576583.JPG: An image depicting an approximately 4 to 6-year-old prepubescent female with brown hair performing oral sex on an adult male. Data associated with the image indicates that it was created on 12/3/2023 and last accessed on 05/05/2024.

18. Four of the videos from the laptop are described as follows:

   a. demo1.mp4: A 22 second video depicting a 4 to 6-year-old female. An adult male is kneeling while masturbating and ejaculating on the child. Data associated with the video indicates that it was created on 07/05/2022 and last accessed on 02/03/2023.

   b. demo2.mp4: A 15 second video depicting a 4 to 6-year-old female wearing a dress. An adult male is performing oral sex on the child in a stairwell. Data associated with the video indicates that it was created on 02/03/2023.

   c. TuqZ9tf.mp4: A 1-minute video depicting a 4 to 6-year-old prepubescent female wearing a leather bondage device. An adult male wearing a spider mask inserts his erect penis into the child's anus. Data associated with the video indicates that it was created on 07/18/2022 and last accessed on 05/24/2024.

   d. jhehAI7.mp4: a 1-minute video depicting a 4 to 6-year-old prepubescent female performing oral sex on an adult male. Data associated with the video indicates that it was created on 10/20/2023 and last accessed on 05/24/2024.

19. The HP Laptop was made in China and has therefore travelled in and affecting interstate and foreign commerce.

## **CONCLUSION**

20. Based on the above, there is probable cause to believe that HUDSON knowingly received and possessed child pornography in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1), and 2252A(a)(5)(B) and (b)(2).

_____
AARON KRAHAM
Special Agent, HSI

Affidavit submitted electronically by email in .pdf format. Oath administered, and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on March 28, 2025.

_____
HON. MARK W. PEDERSEN
United States Magistrate Judge